FILED
CLERK, U.S. DISTRICT COURT
OCT - 6 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ESCOBAR-QUIROZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> B.G. COMPTON (Warden), ) <br> ) <br> Respondent. ) <br> _____) | No. CV 06-306-ABC(CW) <br><br> ORDER ACCEPTING REPORT <br> AND RECOMMENDATION OF <br> UNITED STATES <br> MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered dismissing this action for lack of jurisdiction.

1

```
 1      IT IS FURTHER ORDERED that the Clerk of the Court serve copies of
 2   this Order and the Judgment herein on the parties.
 3
 4   DATED:      10/6/2010
 5
 6                                          _____
                                                   AUDREY B. COLLINS
 7                                          Chief United States District Judge
```