FILED
CLERK, U.S. DISTRICT COURT
OCT - 6 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ESCOBAR-QUIROZ, | No. CV 06-306-ABC(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| B.G. COMPTON (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed for lack of jurisdiction.

DATED: 10/6/2010

_____
AUDREY B. COLLINS
Chief United States District Judge